**Order entered September 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01599-CR

**PATRICK DEYONE LEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80455-2014**

## ORDER

The Court **GRANTS** the State's September 9, 2015 motion to extend time to file its brief.

We **ORDER** the State's brief filed as the date of this order.

/s/    LANA MYERS
       JUSTICE